**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1986**

In Re:  US AIRWAYS, INCORPORATED,

        Debtor.

--------------------------------

FOUGERE HOLCOMBE,

        Creditor – Appellant,

    v.

US AIRWAYS, INCORPORATED,

        Debtor - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:11-cv-00586-CMH-IDD; 04-13819-SSM)

Submitted:  March 20, 2012        Decided:  March 27, 2012

Before TRAXLER, Chief Judge, and SHEDD and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vladimir Matsiborchuk, New York, New York, for Appellant.  Sarah Beckett Boehm, MCGUIREWOODS, LLP, Richmond, Virginia; Douglas Michael Foley, MCGUIREWOODS, LLP, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fougere Holcombe appeals the district court's order dismissing, as interlocutory, her appeal from the bankruptcy court's March 22, 2011 order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Holcombe v. US Airways, Inc., Nos. 1:11-cv-00586-CMH-IDD; 04-13819-SSM (E.D. Va. filed Aug. 10, 2011, and entered Aug. 11, 2011). We grant the motion to submit on briefs and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED